**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| CYPALEO LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:17-cv-00005-JRG-RSP |
| | § | |
| vs. | § | LEAD & CONSOLIDATED CASE |
| | § | |
| BOSS AUDIO SYSTEMS, INC. | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Cypaleo LLC's unopposed motion to dismiss Defendant without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Boss Audio Systems, Inc. are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED.

**SIGNED this 11th day of April, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE